UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LORRI CHATMAN,<br><br>     Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a corporation; JOHN MUIR HEALTH, a corporation; JOHN MUIR HEALTH EMPLOYEE LONG TERM DISABILITY POLICY, and ERISA plan; DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No. 3:14-CV-01093-TEH<br><br>(~~PROPOSED~~) ORDER TO STAY ACTION FOR 90 DAYS |

Pursuant to the parties' Stipulation and for good cause shown, IT IS HEREBY ORDERED that the above-referenced action shall be stayed for 90 days from the date of this order.

IT IS HEREBY ORDERED that the parties agree to file a Joint Report regarding the status of this matter within 10 court days after the expiration of the stay.

DATED:  05/29/2014          _____
UNITED STATES DISTRICT JUDGE
Judge Thelton E. Henderson

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4821-0552-4763 v1

- 1 -

CASE NO. 3:14-CV-01093-TEH
(PROPOSED) ORDER TO STAY ACTION FOR 90 DAYS